United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAN SAFAHI,<br><br>    Defendant. | Case No. 19-cr-00404-SI-1<br><br>**ORDER GRANTING IN PART MOTION TO SUPPRESS AND SCHEDULING EVIDENTIARY HEARING FOR PENDING MOTIONS**<br><br>Re: Dkt. Nos. 66, 67, 68 |

Before the Court are three motions filed by defendant Alan Safahi: a motion to suppress evidence, Dkt. No. 66, a motion to dismiss the indictment, Dkt. No. 67, and a motion for relief from spoliation of evidence, Dkt. No. 68.  The Court held a consolidated hearing on December 3, 2021. Based on the arguments raised in the oral argument and the paper submissions, the Court was satisfied that suppression was warranted for <u>all emails</u> the government obtained from Google that post-dated the 2015 warrant application.  Accordingly, the Court will **GRANT IN PART** the motion to suppress.

Due to unresolved factual disputes that pertain to defendant's motion to dismiss the indictment and motion for relief from spoliation, the Court will schedule an evidentiary hearing to take place on **Wednesday, January 5, 2022 at 11:00AM**.  In particular, the Court asks the United States to provide factual clarity on:

- The chain of custody for the CD containing the 2015 Google production;

- The practices or procedures (or lack of thereof) that led to an IRS computer being "wiped" of the Google data uploaded onto the device by Agent Dmyterko;

- When Agent Dmyterko and Sarah Griswold read the attorney-client privileged emails;

- Whether Agent Dmyterko and Sarah Griswold, or any other government agents,

1    encountered any attorney-client emails containing trial strategy;

2    • Whether and why Agent Dmyterko, or any other government agent, contacted or

3    questioned Alan Safahi's civil counsel or other counsel.

4

5    **IT IS SO ORDERED**.

6    Dated: December 13, 2021

7    _____

8    SUSAN ILLSTON
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28