UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN SAFAHI,<br><br>　　　　　Defendant. | Case No. 19-cr-00404-SI-1<br><br>**ORDER DENYING MOTION TO DISMISS INDICTMENT AND DENYING MOTION FOR RELIEF FROM SPOLIATION**<br><br>Re: Dkt. Nos. 67, 68 |

　　　　The Court conducted an evidentiary hearing on January 6, 2022 to further examine the factual underpinnings of (1) defendant's motion to dismiss the indictment due to alleged intrusions into attorney-client communications, Dkt. No. 67, and (2) defendant's motion for relief from the government's loss of a DVD containing a 2015 production of emails from Google, Dkt. No. 68. Having considered the parties' briefings and the newly submitted testimony and evidence, the Court finds insufficient evidence that the government deliberately or intentionally invaded defendant's attorney-client communications, or that any such intrusion resulted in prejudice. Further, while the government's handling of the DVD was deficient in several respects, the Court finds insufficient evidence that the government's loss of the DVD was done in bad faith. Accordingly, the Court **DENIES** both motions.

　　　　**IT IS SO ORDERED**.

Dated: January 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge