UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 17, 2022  **Time:** 2:02 – 2:18 = 16 Minutes  **Judge:** SUSAN ILLSTON

**Case No.:** 19-cr-00404-SI-1     **Case Name:** United States v. Alan Safahi

**Attorney for Government:** Robert Rees, Benjamin Kleinman
**Attorney for Defendant:** Martha Boersch, Matthew Dirkes
**Defendant:** [X] Present  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angie Meuleman      **Court Reporter:** Debra Pas
**Interpreter:** n/a                  **Probation Officer:** n/a

## PROCEEDINGS

Status Conference held.

## SUMMARY

Defendant was present. The Special Findings of Fact and Order of Conviction from the Bench issued on 6/30/2022 (Dkt. 150) was summarized and read by the Court into record.

Government sought clarification as to caption on page 27 of the Order. Court will not amend the order based on discussion as stated on the record.