**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on February 3, 2023

Before Judge SUSAN ILLSTON

19-cr-00404-SI-1 – UNITED STATES v. ALAN SAFAHI

Time in court:  59 minutes

| | |
|---|---|
| Attorney for United States: | Robert Rees, Benjamin Kleinman |
| Attorney for Defendant: | Martha Boersch, Matthew Dirkes |

| | |
|---|---|
| Courtroom Deputy Clerk: | Esther Chung |
| Court Reporter: | Ruth Levine Ekhaus |
| Probation Officer: | Melissa Moy |
| Interpreter: | n/a |

Defendant was  present for hearing
Defendant is not in custody

**PROCEEDINGS**

Sentencing held.

Defendant is committed to the Bureau of Prisons for a term of 40 months followed by 3 years of supervised release on Counts 1 through 6 of the Superseding Indictment to be served concurrently.
A special assessment fee of $600 is imposed.
Fine is imposed in the amount of $100,000.
Restitution is ordered in an amount to be determined.
See Judgment for special conditions.

The Court recommends to the Bureau of Prisons that Defendant be designated to FCI Lompoc or a facility as close to FCI Lompoc to facilitate family visitation for Defendant.

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before 5/4/2023.

CASE CONTINUED:  Restitution Hearing to be held in-person on **3/31/2023 at 11 a.m.**