BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Alan Safahi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALAN SAFAHI,<br><br>            Defendant. | Case No. 19-cr-0404-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING** |

The parties stipulate, agree, and jointly request that the Court continue the restitution hearing, currently scheduled for March 31, 2023, until April 28, 2023, at 11:00 a.m. The parties seek the continuance with the hope that they will be able to agree upon any amount of restitution through stipulation and thereby avoid the need for a hearing.

IT IS SO STIPULATED.

DATED: March 29, 2023                               /s/                          
                                                                 ROBERT D. REES
                                                                 BENJAMIN K. KLEINMAN
                                                                 Assistant United States Attorneys

DATED: March 29, 2023                               /s/                          
                                                                 MARTHA BOERSCH
                                                                 Counsel for Defendant Alan Safahi

**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation and good cause having been shown, IT IS HEREBY ORDERED that the restitution hearing presently scheduled for March 31, 2023, is continued to April 28, 2023, at 11:00 a.m.

IT IS SO ORDERED.

DATED: March 30, 2023

_____
HONORABLE SUSAN ILLSTON
United States District Judge

2   STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING
Case No.: 19-cr-0404-SI