BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Alan Safahi

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALAN SAFAHI,<br><br>            Defendant. | Case No. 19-cr-0404-SI<br><br>**ALAN SAFAHI'S NOTICE OF AUTOMATIC STAY OF SURRENDER TO BUREAU OF PRISONS**<br><br>Judge:  Honorable Judge Susan Illston |

**NOTICE OF AUTOMATIC STAY OF SURRENDER TO BUREAU OF PRISONS**

PLEASE TAKE NOTICE that Defendant Alan Safahi's Bureau of Prisons reporting date of May 4, 2023, will be automatically stayed by operation of the Ninth Circuit Rules until the Ninth Circuit rules on Mr. Safahi's motion for release pending appeal.

Ninth Circuit Rule 9-1.2(e) states that "[i]f the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion." "The operation of the rule . . . is automatic and provides an appellant, who is still released, whether on bond or on his or her own recognizance, with an automatic stay of surrender upon the filing in this court of a motion for bail pending appeal." *United States v. Fuentes*, 946 F.2d 621, 622 (9th Cir. 1991).

Mr. Safahi filed his motion for release pending appeal in the Ninth Circuit on May 2, 2023. Because he was on bail at the time the motion was filed, that bail automatically remains in effect until the Ninth Circuit rules on the motion. Counsel for Mr. Safahi has informed his Pretrial Services Officer of the appellate motion for release and the effect of Ninth Circuit Rule 9-1.2(e). This notice is to ensure that all interested governmental personnel are also informed through the ECF system.

DATED: May 4, 2023

BOERSCH & ILLOVSKY LLP

*/s/ Matthew Dirkes*
Martha Boersch
Matthew Dirkes

Attorneys for Defendant
Alan Safahi