**FILED**

JUN 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-10032 |
| Plaintiff-Appellee, | D.C. No. 3:19-cr-00404-SI-1 |
| v. | Northern District of California, San Francisco |
| ALAN SAFAHI, | ORDER |
| Defendant-Appellant. | |

Before: SILVERMAN and R. NELSON, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 2) is denied. Appellant has not shown that: (1) the appeal raises a "substantial question" of law or fact that is "fairly debatable," and (2) if that question is decided in appellant's favor, the likely outcome is reversal, an order for a new trial on all counts resulting in imprisonment, a sentence that includes no term of imprisonment, or a sentence with a term of imprisonment less than time served plus the expected duration of the appeal process. *See* 18 U.S.C. § 3143(b)(1)(B); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

The existing briefing schedule remains in effect.