BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Alan Safahi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN SAFAHI,<br><br>    Defendant. | Case No. 19-cr-0404-SI<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO SET SURRENDER DATE OF JULY 9, 2023** |

Defendant Alan Safahi requests that the Court set a new surrender date for him to report to the Bureau of Prisons.

On February 3, 2023, this Court sentenced Mr. Safahi to 40 months' incarceration and ordered that he surrender on or before 2:00 p.m. on May 4, 2023. ECF No. 175. By operation of Ninth Circuit Rule 9-1.2(e), Mr. Safahi was relieved of his obligation to surrender on that date because by May 4 his motion for release pending appeal was still before the Ninth Circuit. ECF 184; Ninth Cir. Rule 9-1.2(e) ("If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion."). On June 15, 2023, the Ninth Circuit denied Mr. Safahi's motion. *United States v. Safahi*, No. 23-10032, Dkt. Entry 10 (9th Cir. 2023).

Given that Mr. Safahi's May 4 reporting date has passed, Mr. Safahi respectfully requests an order from this Court setting a new reporting date of July 9, 2023. He requests that date because: (1) his son's birthday is July 5; (2) on July 6, he is scheduled to meet with Dr. Han Soo Kim, a general hand surgery specialist, for treatment of carpal tunnel syndrome, which has become especially painful in recent weeks; and (3) it takes Mr. Safahi about two and a half days to drive from his home in Central California to the minimum-security satellite camp at FCI Sheridan, the BOP facility in Oregon where he has been designated. A surrender date of July 9 would allow sufficient time for him to travel to Sheridan in the days after his July 6 doctor's appointment.

In two recent cases where the Ninth Circuit denied release pending appeal, the government did not object to the defendant requesting from the district court a new surrender date. *United States v. Holmes*, Case No. 18-CR-00258-EJD, ECF No. 1761 (N.D. Cal. May 17, 2023) (defendant's unopposed motion to set new surrender date after Ninth Circuit denied motion for release pending appeal); *United States v. Balwani*, Case No. 18-CR-00258-EJD, ECF 1756 (N.D. Cal. April 6, 2023) (same).

Undersigned counsel informed government counsel of this motion and asked whether the government opposed it. As of the filing of this motion, undersigned counsel had not received a response. Based on prior communications between the parties, it appears likely that the government would oppose this motion.

**CONCLUSION**

For the reasons stated, Alan Safahi respectfully requests that the Court order that he surrender to the minimum-security satellite camp at FCI Sheridan no later than July 9, 2023, at 2:00 p.m.

Respectfully Submitted,

BOERSCH & ILLOVSKY LLP

DATED: June 29, 2023

    /s/
MATTHEW DIRKES

Counsel for Defendant
Alan Safahi

**[PROPOSED] ORDER**

Having reviewed the foregoing motion and good cause having been shown, IT IS HEREBY ORDERED that Defendant Alan Safahi report to the minimum-security satellite camp at FCI Sheridan no later than July 9, 2023, at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
United States District Judge